No. 128, Misc. CORDTS *v.* ILLINOIS. 
 Certiorari denied. 

OCTOBER 27, 1947.

*Per Curiam Decision.*

No. 376. MIAMI TRANSPORTATION CO., INC. *v.* UNITED
STATES ET AL. 
 *Per
Curiam:* The motion to affirm is granted and the judg-
ment is affirmed. *United States* v. *Carolina Freight Car-
riers Corp.,* 315 U. S. 475. *Howell Ellis* for appellant.
*Solicitor General Perlman* and *Daniel W. Knowlton* for
the United States and the Interstate Commerce Commis-
sion, appellees.